1

2

3

4

5

6                                   UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
7                                              AT SEATTLE

8   CESAR PONCE,                              )
                                              )
9              Petitioner,                    )      CASE NO.      C06-152-RSM
                                              )
10        v.                                  )
                                              )
11  ALICE PAYNE,                              )      ORDER DENYING § 2254
                                              )      PETITION AND DISMISSING
12             Respondent.                    )      ACTION WITH PREJUDICE
    _____ )

13

14        The Court, having reviewed petitioner's habeas petition, respondent's answer, petitioner's

15  reply, and the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and

    the remaining record, does hereby find and Order:
16

17        (1)     The Court adopts the Report and Recommendation.

18        (2)     Petitioner's petition for writ of habeas corpus (Dkt. #4) is DENIED and this action is

19                DISMISSED with prejudice.

20        (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

21                respondent, and to Judge Benton.

22        DATED this _17_ day of October, 2006.

23

24                                                   RICARDO S. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE
25

26  ORDER DISMISSING § 2254
    PETITION WITH PREJUDICE